UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:23-cr-00092-MC |
| v. | **MISDEMEANOR** |
| **GRETCHEN BAKER,** | **INFORMATION 21 U.S.C. § 844(a)** |
| Defendant. | |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**(Simple Possession of Controlled Substance)**
**(21 U.S.C. § 844(a))**

Between on or about August 2018 and September 2018, in the District of Oregon, defendant **GRETCHEN BAKER** knowingly and intentionally possessed hydromorphone, a Schedule II controlled substance, and did not possess the controlled substance pursuant to a valid prescription or order or while acting in the course of her professional practice;

In violation of Title 21, United States Code, Section 844(a).

Dated:  March 21, 2023

    Respectfully submitted,

    NATALIE K. WIGHT
    United States Attorney


    s/ *William M. McLaren*
    WILLIAM M. McLAREN
    Assistant United States Attorney